DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NORMAN L. ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-2028

_____

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Mark Kiser, Judge.


PER CURIAM.

Affirmed.

NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.